UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :

ERIC ROGERS,                                   :

                              Plaintiff,   :

                                                          :  19 Civ. 2452 (LGS)

                -against-                    :

                                                           :  ORDER

THE SWEET SHOP NEW YORK CITY, LLC,  :
ET AL.,                                                  :
                                Defendants.  :
                                                          :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management conference for the claims against non-defaulting Defendant, The Sweet Shop New York City, LCC, is on December 5, 2019;

WHEREAS, pre-motion letters, proposing any dispositive motions, were due two weeks before this conference, or by November 21, 2019. *See* Order at Dkt. No. 37. The parties did not file any pre-motion letters. It is hereby

**ORDERED** that, if by **December 2, 2019**, the parties do not advise the Court otherwise, this matter will be set for trial in the absence of any proposed dispositive motions.

Dated: November 26, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE